1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7   In re:                                           NO: CV-12-443- RMP

8        LLS AMERICA, LLC,                            Bankruptcy No: 09-06194-PCW11

9                          Debtor.                    Adversary No: 11-80188

10                                                    ORDER GRANTING MOTION FOR
                                                      DEFAULT AND JUDGMENT
11  BRUCE P. KRIEGMAN, solely in his
    capacity as court-appointed Chapter 11
    Trustee for LLS America LLC,
12
                           Plaintiff,
13
    vs.
14
    WARREN MCKEAN,
15
                           Defendant.
16

17        Before the Court is bankruptcy trustee Bruce P. Kriegman's Motion for

18  Entry of Default and Judgment, ECF No. 4.  The Court has reviewed the motion,

19  its attachments, the Court's file, and the Bankruptcy Court's file for the adversary

20  action 11-80188-PCW11.


ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 1

This case arose as an adversary action as part of the bankruptcy of LLS America, LLC.  This Court withdrew the reference to this action, set a trial date, and referred the matter back to the Bankruptcy Court for that court to address pretrial matters.  The Bankruptcy Court entered orders granting the Bankruptcy Trustee's motions for default and for default judgment.  The trustee now moves this Court for entry of default and default judgment.

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."  Fed. R. Civ. P. 54(a).  "If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing."  Fed. R. Civ. P. 54(b).

Pursuant to the Court's order on motion for withdrawal of reference, this Court will treat the Bankruptcy Court's orders entering default and default judgment as proposed findings of fact and conclusions of law.  The instant motion was filed on August 27, 2012.  The Defendant has filed no objection.  After a review of the record before this Court and the bankruptcy court, the Court concludes that default is appropriate and default judgment shall be entered.

/ / /

ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 2

Accordingly, **IT IS HEREBY ORDERED:**

1.  The trustee's Motion for Entry of Default and Judgment, ECF No. 4, is **GRANTED**.

2.  Defendant Warren McKean is in default, and default of said Defendant is hereby entered.

3.  The Court will enter default judgment by separate order.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order and to provide copies to counsel and to the Honorable Patricia C. Williams, Bankruptcy Judge.

**DATED** this 31st day of October 2012.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 3