1
2
3
4

5              UNITED STATES DISTRICT COURT

               EASTERN DISTRICT OF WASHINGTON
6

7  In Re:

8  LLS AMERICA, LLC,                          NO: CV-12-443-RMP

                                              Bankr. Case No. 09-06194-PCW11
9                              Debtor,

10 BRUCE P. KRIEGMAN, solely in his           Adv. Proc. No. 11-80188
   capacity as court-appointed Chapter 11
11 Trustee for LLS America, LLC,              DEFAULT JUDGMENT

12                             Plaintiff,

13 v.

14 WARREN MCKEAN,

15                             Defendant.

16

17    THIS MATTER came on consideration upon the Motion of Plaintiff for

18 Entry of Default and Judgment against Defendant Warren McKean, and it

19 appearing from the file and records of this Court in this cause that the default

20 judgment (Bkcy. Dkt. No. 14) entered by the Bankruptcy Court should be deemed

DEFAULT JUDGMENT ~ 1

proposed findings of fact and conclusions of law, and that entering final default judgment in conformity with the default judgment entered by the Bankruptcy Court is appropriate,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against the Defendant, Warren McKean, as follows:

1. Monetary Judgment in the amount of CAD $122,500.00, USD, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of $122,500.00 USD made to the Defendant within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

3. All said transfers to Defendant are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550 and 551;

4. Defendant has not filed a proof of claim in Debtor's bankruptcy proceeding;

5. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

DEFAULT JUDGMENT ~ 2

6. Plaintiff is hereby awarded costs (i.e. filing fees) in the amount of $250.00 USD, for a total judgment of $122,750.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

The District Court Clerk is directed to enter this Order, enter judgment as outlined above, and provide copies to counsel and to Judge Patricia Williams.

DATED this 31st day of October 2012.

       *s/ Rosanna Malouf Peterson*
    ROSANNA MALOUF PETERSON
  Chief United States District Court Judge

DEFAULT JUDGMENT ~ 3