FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: <br><br> LLS AMERICA, LLC, <br><br> BRUCE P. KRIEGMAN, solely in his capacity as the court-appointed Chapter 11 Trustee for LLS America, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WARREN MCKEAN, <br><br> Defendant. | NO:  2:12-CV-443-RMP <br><br> Bankruptcy Court No. 09-06194 <br> Adv. Proc. No.  11-80188 <br><br> ORDER GRANTING APPLICATION TO EXTEND JUDGMENT |

BEFORE THE COURT is Plaintiff's Motion to Alter Judgment by Extending Judgment, ECF No. 14, and Declaration of Bruce P. Kriegman in Support of said Motion, ECF No. 15.  No objection has been filed.  Having reviewed the record and relevant law, the Court is fully informed.

ORDER GRANTING APPLICATION TO EXTEND JUDGMENT ~ 1

On October 31, 2012, the Court entered a Default Judgment, ECF No. 9, and Judgment in a Civil Action in favor of the Trustee against Defendant, ECF No. 11. The total judgment was CAD $122,500.00, plus USD $250.00, with interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System. ECF No. 11. The ten-year period for execution upon the judgment expired on October 31, 2022. Fed. R. Civ. P. 69; RCW 6.17.020(1).

Plaintiff requests that the judgment be extended for an additional ten (10) years, pursuant to Fed. R. Civ. P. 69 and RCW 6.17.020(3). ECF No. 14 at 2. The judgment remains wholly unsatisfied. ECF No. 15 at 3. The Court finds good cause exists to extend the judgment for an additional 10 years.

According, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Alter Judgment by Extending Judgment, **ECF No. 14**, is **GRANTED**.

2. The Judgment previously entered in this matter, **ECF No. 11**, shall be **AMENDED** as follows:

    a. The Judgment is extended for ten (10) years from October 31, 2022.

    b. Interest will continue to accrue at the rate of the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

ORDER GRANTING APPLICATION TO EXTEND JUDGMENT ~ 2

    **c.** Pursuant to RCW 6.17.020(3), 4.64.030(2)(a), the following shall be included on the first page of the amended judgment:

SUMMARY OF EXTENDED JUDGMENT

| | |
|---|---|
| Judgment Creditor: | Plaintiff Bruce P. Kriegman solely in his capacity as the court-appointed Chapter 11 Trustee for LLS America, LLC and the Liquidating Trustee under the Liquidating Trust made pursuant to the Chapter 11 Trustee's and Official Committee of Unsecured Creditor's Second Modified Plan of Liquidation dated as of November 27, 2012 |
| Attorney for Judgment Creditor: | Witherspoon Kelley |
| Judgment Debtor: | Warren McKean |
| Original Amount of Judgment: | $122,500.00 CAD<br>$     250.00 USD |
| Interest under Judgment:<br>(11/01/2012 – 10/14/2022)<br>(.18% for 3,634 days) | $   2,200.42 USD |
| Recoverable Costs – Application Fee: | $     402.00 USD |
| New Total Judgment: | $122,500.00 CAD<br>$   2,852.42 USD |
| Interest Rate: | .18% per annum |

5.

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING APPLICATION TO EXTEND JUDGMENT ~ 3

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** December 19, 2022.

                                *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                              Senior United States District Judge