AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2022

SEAN F. McAVOY, CLERK

In Re: LLS AMERICA, LLC,
                              *Debtor,*

BRUCE P. KRIEGMAN, solely in his capacity as the court-appointed Chapter 11 Trustee for LLS America, LLC,
                              *Plaintiff,*
   v.
WARREN MCKEAN,
                              *Defendant.*

Civil Action No. 2:12-cv-00443-RMP

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☑ other: The Judgment is extended for ten (10) years from October 31, 2022. Interest will continue to accrue at the rate of the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System. Pursuant to RCW 6.17.020(3), 4.64.030(2)(a), the following shall be included on the first page of the amended judgment:

SUMMARY OF EXTENDED JUDGMENT

**Judgment Creditor:** Plaintiff Bruce P. Kriegman solely in his capacity as the court-appointed Chapter 11 Trustee for LLS America, LLC and the Liquidating Trustee under the Liquidating Trust made pursuant to the Chapter 11 Trustee's and Official Committee of Unsecured Creditor's Second Modified Plan of Liquidation dated as of November 27, 2012

| | |
|---|---|
| **Attorney for Judgment Creditor:** | Witherspoon Kelley |
| **Judgment Debtor:** | Warren McKean |
| **Amount Outstanding of Judgment:** | $122,500.00 CAD<br>$       250.00 USD<br>$    2,200.42 USD |
| **Interest under Judgment:**<br>(11/01/2012 – 10/14/2022)<br>(.18% for 3,634 days) | |
| **Recoverable Costs – Application Fee:** | $       402.00 USD |
| **New Total Judgment:** | $122,500.00 CAD<br>$    2,852.42 USD |
| **Interest Rate:** | .18% per annum |

☑ decided by Judge:     Rosanna Malouf Peterson

Date:  December 20, 2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lilly Savchuk
                              *(By) Deputy Clerk*
Lilly Savchuk